JOHN O'DONNELL, Respondent, *v.* EAST RIVER GAS COMPANY, Appellant.

*O'Donnell* v. *East River Gas Co.*, 91 Hun, 184, affirmed.
(Argued May 13, 1898; decided June 7, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered

December 9, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Alfred A. Gardner* for appellant.

*Henry A. Monfort* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.